WILLIAM L. MORRIS, PLAINTIFF IN ERROR, v. THE MAYOR AND COUNCIL OF THE CITY OF BAYONNE, DEFENDANT IN ERROR.

62 385
64 589

Argued June 27, 1898—Decided June 27, 1898.

Upon proceedings to review assessments the finding of the Supreme Court upon questions of fact is a finality.

---

On error to the Supreme Court.

For the plaintiff in error, *George Putnam Smith.*

For the defendant in error, *James Benny.*

The opinion of the court was delivered by

GARRISON, J. This case is ruled by the decision of this court in *Moran* v. *Jersey City,* 29 *Vroom* 653.

The matters argued before us by the plaintiff in error are at bottom questions of fact. The judgment rendered in the Supreme Court could be reversed only by reaching conclusions of fact variant from those found by that court. This, for the reasons given in the case cited, we are not at liberty to do. The judgment of the Supreme Court is affirmed.

*For affirmance*—THE CHANCELLOR, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH. 11.

*For reversal*—None.